1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar # 236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
4  **611 "L" Street, Suite A**
   **Eureka, CA 95501**
5  **(707) 441-1177**
   **FAX 441-1533**
6
7  **Attorneys for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,** | Case No. 2:10-CV-01655-FCD-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND** |
| v. | |
| **FRANKLIN ENGINE & PARTS, INC., a California Corporation, dba FRANKLIN AUTO PARTS, KGS COTTONWOOD, LLC, a California Limited Liability Company, and DOES ONE through FIFTY, inclusive,** | |
| Defendants. | |

Pursuant to United States District Court, Eastern District Local Rule 144, Plaintiff Marshall Loskot ("Plaintiff") and Defendant Franklin Engine & Parts, Inc. ("Defendant") submit the following stipulation extending the time to respond to Plaintiff's Complaint.

The Complaint was originally filed on June 29, 2010.  On August 5, 2010, Plaintiff granted Defendant an extension of time, until August 18, 2010,  to hire counsel to respond to the Complaint.  Plaintiff and Defendant are currently in settlement negotiations and expect to settle the case by August 30, 2010. Plaintiff and Defendant through their respective counsel, hereby jointly stipulate and request that the Court grant an extension until August 30, 2010, for Defendant to respond to the complaint or complete settlement.  Currently the Joint  Status

Report is due September 10, 2010;  a status conference has not yet been scheduled.

IT IS HEREBY AGREED that Defendant has an extension of time until August 30, 2010, to file an answer to the Complaint.

IT IS SO STIPULATED.

SINGLETON LAW GROUP

Dated:      08/18/2010           /s/Richard E. Grabowski
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, MARSHALL LOSKOT


WELLS SMALL FLEHARTY & WEIL


Dated:      08/18/2010          /s/Tyler M. Lalaguna
Tyler M. Lalaguna, Attorney for Defendant,
FRANKLIN ENGINE & PARTS, INC.


**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED:

1. Defendant, Franklin Engine & Parts, Inc., has an extension of time until August 30, 2010, to file an answer to the Complaint.

Dated: August 18, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE